IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STEVE OCHOA,<br><br>Defendant. | CR 20-1-H-BMM<br><br><br><br>ORDER |

Mr. Ochoa moves the Court to travel outside of the United States to Mexico to visit his father. There being no objection from the Government, Probation Officer and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Mr. Ochoa's motion is GRANTED. Mr. Ochoa is permitted to travel to Tijuana, Mexico, via car and to return, at the latest, to Helena, Montana, on Wednesday, September 22, 2021.

DATED this 17th day of September, 2021.

_____
BRIAN M. MORRIS
Chief United States District Court Judge

1